**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000623
05-MAR-2026
08:28 AM
Dkt. 36 AMORD**

NO. CAAP-25-0000623


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


A.B., Plaintiff-Appellee, v.
J.M., Defendant-Appellant


APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDV-24-0000414)


AMENDED
ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon review of the record in CAAP-25-0000623 and 3FDV-24-0000414,[1] it appears that:

(1) Defendant-Appellant **J.M.** appeals from the August 11, 2025 *Order Denying Defendant's Petition for Return of Subject Children to Defendant-Father* entered by the Family Court of the Third Circuit.

(2) We lack jurisdiction over this appeal because the Family Court has not entered an order for dissolution of the marriage, HRS § 571-54 (2018); DL v. CL, 146 Hawaiʻi 328, 337,

---

[1] The court takes judicial notice of the record in 3FDV-24-0000414. Hawaiʻi Rules of Evidence Rule 201.

463 P.3d 985, 994 (2020), and the August 11, 2025 Order is not independently appealable, see Greer v. Baker, 137 Hawaiʻi 249, 253, 369 P.3d 832, 836 (2016) (reciting the requirements for appeals under the collateral-order doctrine and the Forgay doctrine); HRS § 641-1(b) (2016) (setting forth the requirements for leave to file an interlocutory appeal).

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that the court will take no further action on the December 18, 2025 Order to Show Cause.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, March 5, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge